1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BERNARD EDROSA, | ) | CASE NO. CV 11-8255-DOC (PJW) |
|---|---|---|
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| K. HARRINGTON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: <u>November 1, 2011</u>.

_/s/ David O. Carter_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Edrosa Judgment.wpd